# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 14-CV-854 |
| **DEFENDANTS** APPROXIMATELY $404,802.42 IN UNITED STATES CURRENCY FROM WALWORTH STATE BANK ACCOUNT ENDING IN 6358, *et al.* | **TYPE OF PROCESS** Notice of Complaint |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

Certain real property commonly known as Parcel Number NA328000002 in Walworth County, Wisconsin

Address (Street or RFD / Apt. # / City, State, and Zip Code)
Parcel Number NA328000002 in Walworth County, Wisconsin

Send NOTICE OF SERVICE copy to Requester:
SCOTT J. CAMPBELL, AUSA
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.) (Re: winneconne property)

Please post a copy of the Notice of the Complaint on the defendant real property.

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant

Telephone No. 414-297-1700

Date 07/21/14

SIGNATURE OF PERSON ACCEPTING PROCESS:

Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.

District of Origin No.

District to Serve No.

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:

Date 7-21-14

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: 7-21-14

Time of Service: APPROX. 1:45 [ ] AM [X] PM

Signature, Title and Treasury Agency: SPECIAL AGENT, IRS-CI

**REMARKS:**

POSTED ON GARAGE WALK-IN DOOR.

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY A Retain Copy #5 for your file.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    Case No. 14-CV-854

CERTAIN REAL PROPERTY commonly
known as PARCEL NUMBER NA328000002
IN WALWORTH COUNTY, WISCONSIN,
*et al.*,

       Defendants.

## NOTICE OF THE COMPLAINT RETURN

### Return

This notice of arrest was received and executed with the posting of notice for the above-named defendant.

Date notice received: 7/21/2014

Date notice posted: 7/21/2014

Name and title of executing officer: Daniel S. Schmeichel, Special Agent, IRS-CI

Signature of executing officer: *[signature]*

Date: 7/21/2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 14-CV-854

CERTAIN REAL PROPERTY commonly
known as PARCEL NUMBER NA328000002
IN WALWORTH COUNTY, WISCONSIN,
*et al.*,

        Defendants.

---

## NOTICE OF THE COMPLAINT

---

To:    THE UNITED STATES INTERNAL REVENUE SERVICE
       Eastern District of Wisconsin

WHEREAS, a Complaint for Civil Forfeiture *in rem* was filed on the 21st day of July, 2014, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant real property, with all buildings, appurtenances and improvements thereon, which was purchased with proceeds traceable to an exchange of money for Schedule I controlled substances, controlled substance analogues of Schedule I controlled substances, or both, in violation of 21 U.S.C. §§ 802(32), 813, 841, and 846, and was property involved in transactions in violation of the Money Laundering Control Act, 18 U.S.C. §§ 1956 and 1957, and is therefore subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, and Title 21, United States Code, Section 881(a)(6).

YOU ARE THEREFORE COMMANDED TO POST upon said real property in an open and visible manner notice of such Complaint for Civil Forfeiture *in rem*, making the government's action open and notorious;

The defendant real property, commonly known as parcel number NA328000002 in Walworth County, Wisconsin, is more specifically described as follows:

> Lot 2 of Certified Survey Map No. 3280 recorded in the office of the Register of Deeds for Walworth County, Wisconsin, on December 21, 2000, in Volume 18 of Certified Survey Maps, on Page 205, as Document No. 458442, located in the NE 1/4 of the NW 1/4 of Section 3, Town 2 North, Range 18 East, Town of Lyons, Walworth County, Wisconsin.

Parcel ID Number: NA328000002

All persons claiming an interest in said real property shall file their claims within thirty-five (35) days after the execution of the notice or actual notice of this action, whichever occurs first, pursuant to Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Certain Admiralty and Maritime claims, and shall serve and file their answers within twenty-one (21) days after the filing of the claim with the Office of the Clerk, United States District Court for the Eastern District of Wisconsin, with a copy thereof sent to Assistant United States Attorney Scott J. Campbell, 530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant real property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or

2

Case 2:14-cv-00854-JPS   Filed 08/13/14   Page 4 of 5   Document 19

Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2014.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

By: *[signature]*

SCOTT J. CAMPBELL
Assistant United States Attorney
Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov

3